ACCEPTED
01-14-00335-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/10/2015 6:16:11 PM
CHRISTOPHER PRINE
CLERK



## DISTRICT ATTORNEY'S OFFICE

### Fort Bend County, Texas

**JOHN F. HEALEY, JR.**
District Attorney

FILED IN
1st COURT OF APPEALS (281) 341-4460
HOUSTON, TEXAS
Fax (281) 238-3340
7/10/2015 6:16:11 PM
CHRISTOPHER A. PRINE
Clerk

July 10, 2015

Mr. Christopher A. Prine, Clerk
First Court of Appeals
301 Fannin Street
Houston, TX 77002-2066

RE: *Gentry v. State*, Nos. 01-14-00335-CR and 01-14-00336-CR

Dear Mr. Prine:

In conformance with the Court's order granting the extension of time to file, no further extensions, the State files its appellate brief in the above-referenced cause.

In preparing its answer to Point of Error One, the State used the copy of the reporter's record of the certification hearing provided by Appellant's attorney. This record was not filed. Because the State believes that the certification of a fourteen-year-old juvenile is a serious matter, it filed a motion with the Court to have the reporter's record filed. The State has since spoken with the court reporter, who related that the record sent to Appellant's attorney was a draft, and that she would be filing a master index volume and an exhibits volume, as well as correcting the names of certain witnesses and more carefully proofing the record. Thus, it is possible that the record references reflected in the State's brief may not correspond to the reporter's record, to be filed with this Court. The State will file a motion to amend this section of the brief to conform the record references to the reporter's record, if necessary.

Please bring this letter to the attention of the panel and file this letter amongst the papers of this cause. Thank you for your usual prompt and courteous attention.

Sincerely,

/s/ Gail Kikawa McConnell
Assistant District Attorney

Cc: Michael Diaz, Appellant's Attorney

Mailing: 301 Jackson • 1422 Eugene Heimann Circle, Suite 20234 • Richmond, Texas 77469-3108